UNITED STATES
POSTAL SERVICE®

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

1/30/2015
GILBERT, STEVEN DWAYNE *Tr. Ct. No. HC-6754-I
On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

WR-17,545-19

PRESIDING JUDGE
JASPER CO.

Abel A

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

